*Kaplan, J.*

ANDERSON KILL & OLICK, P.C.
JAMES M. ANDRIOLA (JA 9298)
1251 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10020-1182
(212) 278-1000

INCOMING ATTORNEYS FOR CIPRIANI, INC.

USDC SDNY
DOCUMENT
FILED
7/6/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIPRIANI GROUP, INC. and GIUSEPPE CIPRIANI,

      Plaintiffs,

 - against -

CIPRIANI, INC.,

      Defendant.

05 CV 3399 (LAK)

## STIPULATION AND ORDER OF SUBSTITUTION

It is hereby stipulated and agreed, by and between the undersigned, that the firm of Anderson Kill & Olick, P.C. is substituted as attorney of record for Cipriani, Inc., in place and instead of the firm of Perkins & Dunnegan in the above-entitled actions.

Dated: New York, New York
    June 30, 2005

William Dunnegan (WD 9316)
Perkins & Dunnegan
45 Rockefeller Plaza
New York, New York 10111
(212) 332-8300

Outgoing Counsel for Cipriani, Inc.

James M. Andriola (JA 9298)
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1501

Incoming Counsel for Cipriani, Inc.

NYDOCS1-783164.1

_____
Jeri Cohen
Cipriani, Inc
1023 A Third Avenue
New York, New York 10022
(212) 750-3172

SO ORDERED:

Dated: 7/6/05

_____
Honorable Lewis A. Kaplan, U.S.D.J.