UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIPRIANI GROUP, INC. and GIUSEPPE CIPRIANI,

Plaintiffs,

v.

CIPRIANI, INC.,

Defendant.

CIVIL NO.: 05 Civ. 3399 (LAK)

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED THAT:

*This action having been settled and dismissed,*

1. The Clerk of the Court is directed to close this case.

SO ORDERED: /s/ Lewis A. Kaplan

Dated: July 12, 2005

Lewis A. Kaplan
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/05

NYC 331630v1